**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Anthony MORAIS, Defendant-Appellant.**

**No. 17-11101**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(September 13, 2017)

Karin Bethany Hoppmann, Jillian M. Jewell, W. Stephen Muldrow, Taylor G. Stout, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Anthony Morais, Pro Se

Before WILLIAM PRYOR, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed appellate counsel for Anthony Morais in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Morais's conviction and sentence are **AFFIRMED**.